1 **JAMES M. CHAVEZ**
California State Bar No. 255766
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
james_chavez@fd.org
5

6 Attorneys for Mr. Garcia-Guerrero

7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   Case No. 08mj2071
                              )
12          Plaintiff,       )
                              )
13 v.                      )
                              )   **NOTICE OF APPEARANCE**
14 **GILBERTO GARCIA-GUERRERO,**   )
                              )
15          Defendant.     )
                              )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned case.

20                                                   Respectfully submitted,

21 Dated: July 11, 2008                  *s/ James M. Chavez*
                                                  Federal Defenders of San Diego, Inc.
22                                                   *james_chavez@fd.org*

23

24

25

26

27

28

1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org
5

6  Attorneys for Mr. Garcia-Guerrero

7

8                     UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   Case No. 08mj2071
                                     )
12           Plaintiff,               )
                                     )
13  v.                               )   **PROOF OF SERVICE**
                                     )
14  **GILBERTO GARCIA-GUERRERO**,    )
                                     )
15           Defendant.               )
                                     )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18  of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19  day upon:

20         **UNITED STATES ATTORNEY**
           efile.dkt.gc1@usdoj.gov,
21

22  Dated: July 11, 2008                          *s/ James M. Chavez*
                                                  JAMES M. CHAVEZ
23                                                Federal Defenders of San Diego, Inc.,
                                                  225 Broadway, Suite 900
24                                                San Diego, CA 92101-5030
                                                  (619) 234-8467  (tel)
25                                                (619) 687-2666  (fax)
                                                  e-mail: james_chavez@fd.org
26

27

28